**No. 59012.**—Galileo Corporation of America *v.* United States, protest 227565–K (New York).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise consists of parts of microphotographic apparatus, not lenses, of the same kind in all material respects as the photo-micrographic cameras which were the subject of *United States* v. *E. Leitz, Inc.* (24 C. C. P. A. 139, T. D. 48622), the claim of the plaintiff was sustained.